NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMART OPTIONS, LLC,**
*Plaintiff-Appellant,*

**v.**

**JUMP ROPE, INC.,**
*Defendant-Appellee.*

---

2013-1116, -1218

---

Appeals from the United States District Court for the Northern District of Illinois in No. 12-CV-2498, Judge Amy J. St. Eve.

---

**JUDGMENT**

---

GEOFFREY ANDREW BAKER, Smart Options, LLC, of Chicago, Illinois, argued for plaintiff-appellant.

TODD H. FLAMING, KrausFlaming, LLC, of Chicago, Illinois, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 16, 2014          /s/ Daniel E. O'Toole
    Date                 Daniel E. O'Toole
                              Clerk of Court